IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TREVOR GENE LANIUS-MCLEOD,<br><br>Defendant. | CR 21-07-H-BM<br><br><br>**PRELIMINARY ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture.  The Court having read the Motion and being fully advised in the premises finds:

The defendant, Trevor Gene Lanius-McLeod, pled guilty to Count III and VI in the Indictment, which provide a factual basis and cause to issue a forfeiture order forfeiting the property described in the Indictment under 18 U.S.C. § 982(a)(2)(A), 18 U.S.C. § 982(a)(1), and 28 U.S.C. § 2461(c);

THAT prior to the disposition of the asset, the United States Marshals Service, the Federal Bureau of Investigation, and/or the Internal Revenue Service are required to seize the forfeited property.

**THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:**

THAT defendant Trevor Gene Lanius-McLeod's interest in the following property is forfeited to the United States for violations of 18 U.S.C. §§ 1344 and 2 and 18 U.S.C. §§ 1957 and 2, in accordance with 18 U.S.C. § 982(a)(2)(A), 18 U.S.C. § 982(a)(1), and 28 U.S.C. § 2461(c):

1) Personal money judgment in the amount of $120,000.00;

2) 2017 Ford F150 Crew Cab, VIN 1FTEW1EF3HKD68440;

3) 2014 Ford F150 Crew Cab, VIN 1FTFW1ET9EFD09035;

4) 2018 Chevrolet 1500 LTZ Z71 Crew Cab, VIN 3GCUKSEC6JG193049;

5) 2018 Keystone RV Company Dutchman Coleman Lantern 262BH 26 Ft Bunkhouse T/A Travel Trailer, VIN 4YDT26223JH939748; and

6) 2011 Land Rover Range Rover, VIN SALMF1E40BA330373.

THAT the United States Marshals Service, the Federal Bureau of Investigation, and/or the Internal Revenue Service are directed to seize the property subject to forfeiture and further to make your return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an

official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to Title 26, United States Code, Section 5872(b), and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 31st day of March, 2022.

_____
Brian Morris, Chief District Judge
United States District Court